1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., | CASE NO. CV-03-5848 HLH (SHx) |
| Plaintiff, | RENEWAL OF DEFAULT JUDGMENT |
| vs. | BY CLERK |
| JUAN FLETES BECCERA; et al., | |
| Defendants. | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant PEDRO GARCIA GARCIA, individually and dba La Muralla, [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment                                    $5,220.00
    b. Costs after judgment                             $  -0-
    c. Attorneys fees:                                     $  -0-
    d. Subtotal (*add a and b*)                         $5,220.00
    e. Credits after judgment                         $  -0-
    f. Subtotal (*subtract d from c*)            $5,220.00
    g. Interest after judgment                       $1,094.76

    h. Fee for filing renewal application     $ -0-
    i. **Total renewed judgment** *(add e, 5, and g)*    $6,314.76

DATED: 4/03/12      CLERK, by Lori Muraoka, Deputy Clerk, Deputy

U.S. District Clerk

RENEWAL OF JUDGMENT - CASE NO. CV-03-5848 HLH (SHx)     2